To The Honorable Raymond A Jackson
United States District Judge

My name is Jennifer Seerden. I am the mother of Kyle Seerden. He was a delight from a mothers' standpoint. As a youth he was constantly giving of himself and taking care of others and a role model for several and loved by family and friends.

At a very young age his ability to articulate and quickly grasp complex ideas enabled him to progress. He was one who would take initiative and get a project finished and was very motivated to read and gain knowledge about any concept he was not familiar with.

Kyle started in Christian Montessori schooling at age 4 and entered public school at age 9, well above his peers. He was very diligent in his studies and was an honor student and an all-around athlete. As a youth was engaged in multiply team activities including basketball, soccer, football, chess club, scholar bowl and even into High school he lettered and medaled in several areas such as marching band, swim team, water polo, and JROTC.

Kyle's caring for others was one of the things that I believe really made him unique. This was apparent in his leadership roles in various positions including at BSA council round table staff. He was not only highly respected by the youth but also the leaders. He served several summers at Boy Scout camp accomplishing rank of Eagle scout. Through each activity his positive attitude, good nature and love for others was apparent, but this was most apparent with family and friends. Beginning with his little brother who he shares a very close bond with and his grandparents.

We would visit and the boys would spend the majority of their weekends with their grandparents serving during the spring, late summer, and fall. Kyle would mow the grass, chop the wood, cleaning projects where ever Grandfather needed it, they worked hard while learning discipline and some work ethic. He did this for most of his youth and up into his teen years. Even helping taking care of his grandfather during his trial with cancer.

After some rough times in his adolescent period, Kyle enlisted in the Navy. When he came back from Afghanistan he was hurting inside but still trying to be himself. Some of his friends were lost and others severely injured and it seemed to really impact him. However, it was his experience in Iraq that I believe really changed him. Some of the pain is decrypted in the markings on his body. Something about having surgery over there and suffering that traumatic impact to his head, and who knows what else, seems to have impacted him the most. Even in his abilities I have noticed a difference - his verbal skills and response times are latent.

I am not sure what will happen, how this will turn out, or what you will decide, but I am grateful for this experience because it has returned Kyle to his core beliefs. He is the Kyle I raised and remember. I delight to speak with him again and I enjoy our conversations and pray he continues in his healing.

As hard as this entire ordeal has been, I believe it has been good for him. The intensely negative experience he has found himself in has been so profound that it has brought Kyle back to his core beliefs, humbled him, and strengthened our relationship. He feels like he is the boy I once knew again. I hope that this mother's perspective assists you in some way and I hope that you choose the appropriate sentencing to help Kyle become the best he can be.

Thank you.

Sincerely,
Jennifer Seerden

DEFENDANT'S EXHIBIT 3